MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __10/14/20__

LAW OFFICE OF
# MICHAEL K. BACHRACH
276 FIFTH AVENUE, SUITE 501
NEW YORK, N.Y. 10001
--------------
TEL. (212) 929-0592 • FAX. (866) 328-1630

MICHAEL K. BACHRACH *  
* admitted in N.Y., MN and D.C.

http://www.mbachlaw.com  
michael@mbachlaw.com

October 5, 2020

**By ECF**

The Hon. Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

*Re: United States v. Guillermo Araujo,*
*17 Cr. 438 (ALC)*

Dear Judge Carter:

  I represent Defendant Guillermo Araujo in relation to the above-referenced matter and write to respectfully request that Mr. Araujo's status conference related to the alleged violation of the terms of his supervised release, presently scheduled before this Court on October 9, 2020, at 10:00 a.m., be adjourned to the following week or any other date and time thereafter convenient to this Court. I also write to request that the court appearance be held remotely. I have spoken to Assistant United States Attorney Hagan Scotten and he has informed me that the Government has no objection to either application. I have also spoken to Mr. Araujo, who infomred me that he consents to he and I appearing remotely.

  An adjournment of the present date is needed because I will be in transit that day returning from Illinois, where I have been working remotely since June 1, 2020, due to reasons related to the COVID-19 public health crisis. My return had originally been planned to occur this past weekend, but was delayed due to the need to complete briefs related to two separate authorized death penalty cases (one in this District and one in the Eastern District of Virginia). My family and I will now be leaving Illinois either this Thursday or Friday morning, a drive back that will take two to three days.

  Similarly, permission to appear remotely is necessary because Illinois in on the list of "Restricted States" that, pursuant to Gov. Andrew Cuomo's Executive Order 205, will require me to quarantine "for a 14-day period from the time of [my] last contact."

  Accordingly, the undersigned respectfully requests that Mr. Araujo's court appearance, presently scheduled for October 9, 2020, at 10:00 a.m., be adjourned to the following week or any other date and time thereafter convenient to this Court. The undersigned further requests that the court appearance be held remotely.

The Hon. Valerie E. Caproni
October 5, 2020
Page 2 of 2

As always, we thank Your Honor for your time and consideration.

Respectfully submitted,

Michael K. Bachrach
*Attorney for the Guillermo Araujo*

cc: All parties of record (by ECF)

**The application is granted. The in-person status conference is converted to a telephone status conference and adjourned to 10/23/20 at 11 a.m. The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660.**
**So Ordered.**

10/5/20