```
                                                        USDC SDNY
                                                        DOCUMENT
                                                        ELECTRONICALLY FILED
UNITED STATES DISTRICT COURT                            DOC#: _____
SOUTHERN DISTRICT OF NEW YORK                           DATE FILED: 11/10/20
```

------------------------------------------------------------------ x

**UNITED STATES OF AMERICA,**            :
                                         :
              **Plaintiff,**    :
                                         :            **13-CR-811 (ALC)**
     -against-               :            **17-CR-438 (ALC)**
                                         :            **ORDER**
**GUILLERMO ARAUJO,**                    :
                                         :
              **Defendant.**    :
                                         :
                                         :

------------------------------------------------------------------ x

**ANDREW L. CARTER, JR., District Judge:**

A Telephone Violation of Supervised Release Hearing is set for **November 19, 2020** at **3:30 p.m.** The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660.

**SO ORDERED.**

**Dated:**   **New York, New York**
           **November 10, 2020**

_____
        **ANDREW L. CARTER, JR.**
        **United States District Judge**